**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **KEITH LOGAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No.:**   4:26-cv-1023 |
| | ) | |
| **v.** | ) | |
| | ) | |
| **AEROTEK, INC.** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **TRANE TECHNOLOGIES COMPANY,** | ) | |
| **LLC,** | ) | ***Removal from*** |
| | ) | **St. Louis County Circuit Court** |
| **Defendant.** | ) | **Case No.: 2611-CC00628** |

## DECLARATION

I, Mary Jo Newman, declare under penalty of perjury that the foregoing is true and correct:

1.      I am over 18 years of age, I am competent to testify regarding the matters in this Affidavit, and if called upon to testify at trial, I would testify as set out in this Affidavit.

2.      I have personal knowledge of the information set forth below.

3.      I have been an employee of Trane U.S. Inc. ("Trane"), since August 7, 2006.

4.      I am currently the Human Resources Leader for the Integrated Supply Chain.  In that capacity, my duties include, but are not limited to, overseeing the day-to-day operations of the company, such as maintenance and implementation of company policies, managing employee relations, oversight of personnel actions, performance management, and benefits management.

5.      In my role, I am aware Trane has a business relationship with Defendant Aerotek, Inc., whereby Defendant Aerotek, Inc. provides temporary workers to Trane facilities.

6.      I have read the Petition filed in St. Charles County, MO on May 1, 2026 by Plaintiff Keith Logan against Defendant Aerotek, Inc. and Trane U.S. Inc.

**EXHIBIT**

**B**

7.      As of April 2, 2025, Plaintiff was employed by Aerotek and assigned to Trane as a material handler, earning a base rate $20.00 per hour, or an annual salary of approximately $41,600.00.

8.      In addition, Plaintiff had the opportunity to occasionally earn more per hour based on shift differentials or depending on what duties he performed that day, as well as overtime opportunities.

9.      Trane U.S. Inc. is incorporated in the state of Delaware with its principal place of business located in Davidson, North Carolina.

10.     I have read this Declaration consisting of two (2) pages and nine (9) paragraphs and swear and affirm that these statements contained therein are true and accurate to the best of my knowledge, information, and belief.


Executed on June 23, 2026

Mary Jo Newman